NICK BONAMASSA, RESPONDENT, v. CHESTER DAVIS,
APPELLANT.

Argued February 3, 1937—Decided April 30, 1937.

For the respondent, *Joseph Varbalow.*

For the appellant, *Vincent L. Gallagher.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 15.

*For reversal*—None.